HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WMI LIQUIDATING TRUST,

               Plaintiff,

   v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, et al.,

               Defendants.

CASE NO. C13-1706 RAJ

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

This matter comes before the court on stipulated motions between plaintiff and (1) defendants Fukui and Sorensen (Dkt. # 40), (2) defendant Stevens (Dkt. # 44), (3) defendant Brennan (Dkt. # 45), (4) defendant Gaspard (Dkt. # 48), and (5) defendant Schrag (Dkt. # 49). These parties request that these defendants be allowed to answer, move, or otherwise respond to the amended complaint on or before January 6, 2014, that any opposition to a motion in response to the amended complaint be due no later than February 20, 2014, and any reply be due March 7, 2014. On November 13, 2013, the court granted plaintiff and defendants Berens and Zarro's stipulated motion for an extension of time to respond to the amended complaint and briefing schedule by docket

1  entry.  That briefing schedule requires an answer or response no later than December 5,

2  2013 by defendants Berens and Zarro, an opposition no later than January 9, 2014, and

3  any reply no later than January 24, 2014.

4        To streamline this case and provide efficiency in case management, the court

5  ORDERS that the same briefing schedule shall apply to all defendants who have entered

6  into stipulations with plaintiff regarding the timing of their response to the amended

7  complaint.  Accordingly, defendants Berens, Zarro, Fukui, Sorensen, Stevens, Brennan,

8  Gaspard, and Schrag may file an answer or other responsive pleading to the amended

9  complaint no later than January 6, 2014.  Any opposition to a motion shall be due

10 February 20, 2014, and any reply shall be due March 7, 2014.  All such motions shall be

11 noted for March 7, 2014.

12       The court notes that barring a showing of good cause, the court will not grant a

13 stipulated motion for an extension of the briefing schedule for other defendants that

14 extend beyond a noting date of March 7, 2014 or otherwise ask for a different briefing

15 schedule.  If plaintiff wishes to enter stipulations with the remaining defendants that

16 comply with the briefing schedule identified in this order, they may simply file a

17 stipulation (not a stipulated motion) to notify the court of the additional defendants who

18 will follow this briefing schedule.  No additional orders shall be necessary.

19       Additionally, plaintiff is ORDERED to file one document that lists the dates of

20 service of the amended complaint on each defendant that had not yet appeared before the

21 filing of the amended complaint on November 5, 2013, and that attaches each proof of

22 service, no later than November 25, 2013.

23       Finally, to the extent that defendants will be raising the same issues in their

24 motions, the court encourages defendants to work together to consolidate and streamline

25 the issues being presented to the court.

26

27

MINUTE ORDER- 2

1        Dated this 18th day of November, 2013.

2

3                                        WILLIAM M. MCCOOL
                                         Clerk

4

5                                        s/Consuelo Ledesma
                                         Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

MINUTE ORDER- 3