HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WMI LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, et al.,<br><br>Defendants. | CASE NO. C13-1706 RAJ<br><br>STANDING ORDER |

This matter comes before the court *sua sponte*. Given the large number of parties in this case, and to ensure efficiency and conservation of judicial resources, the court provides the following standing order that all parties MUST follow:

1. Before any party files a motion, they shall meet and confer with the opposing party whose interests will be affected. The moving party shall file a declaration certifying that the meet and confer conference occurred and whether the parties were able to narrow any issues before the court. Such meet and confer conference shall occur at least one week prior to when the motion is filed. If a party and/or counsel is non-responsive to an attempt to meet and confer or does not meet and confer in good faith, that party and/or counsel may be sanctioned for violating this court order.

2. Prior to any defendant filing a motion, it shall meet and confer with other defendants regarding whether other defendants intend to file similar motions that make similar legal arguments. Defendants shall meet and confer to determine whether joint motions or oppositions may be submitted. Defendants shall file a declaration with their motion or opposition certifying that the meet and confer conference took place, whether the briefs could be submitted jointly, and the reasons supporting the conclusions reached. If a party and/or counsel is non-responsive to an attempt to meet and confer or does not meet and confer in good faith, that party and/or counsel may be sanctioned for violating this court order. Such meet and confer conferences shall take place at least one week prior to the filing.

3. Since this order affects motions that defendants may file on January 6, 2014, by requiring a meet and confer no later than January, 30, 2013, and given the holiday schedule, the court *sua sponte* EXTENDS the briefing schedules to which numerous parties have already agreed. Defendants who have entered into stipulations for the extended briefing schedule shall answer, move, or otherwise respond to the amended complaint no later than January 21, 2014. If defendants file a motion, plaintiff's opposition shall be filed no later than March 6, 2014. Any reply shall be filed no later than March 21, 2014. All such motions shall be noted for March 21, 2014. The clerk is DIRECTED to TERMINATE the pending motions to dismiss. Dkt. ## 65, 72. Defendants Federal Deposit Insurance Corporation and Board of Governors of the Federal Reserve System may re-file motions to dismiss in accordance with this standing order and pursuant to the new briefing schedule.

The court recognizes that this standing order creates additional work for the parties. However, the court believes that the meet and confer requirements will streamline filings and ultimately make the court's task much more efficient.

Dated this 20th day of December, 2013.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

STANDING ORDER- 3