**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| WMI LIQUIDATING TRUST, | |
| Plaintiff, | |
| v. | Case No. 13-CV-01706-RAJ |
| FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity, | NOTE ON MOTION CALENDAR: January 17, 2014 |
| BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, | [PROPOSED] ORDER GRANTING MOTION OF WMI LIQUIDATING TRUST FOR EXTENSION OF TIME TO SERVE DEFENDANT BENJAMIN F. TURK, JR. |
| and, | |
| SUSAN C. ALLISON, et al., | |
| Defendants. | |

This matter comes before the Court on the Motion of WMI Liquidating Trust for Extension of Time to serve Defendant Benjamin F. Turk, Jr. (the "<u>Motion</u>").

The Court, having considered the Motion and exhibits in support thereof, and not having received any opposition;

HEREBY FINDS that there is good cause to extend the deadline for Plaintiff WMI Liquidating Trust ("<u>Plaintiff</u>") to serve Defendant Benjamin F. Turk, Jr. ("<u>Turk</u>"); and

Susman Godfrey
1201 Third Ave. Suite 3800
Seattle, WA 98101
Tel. 206-516-3880

HEREBY ORDERS that Plaintiff's Motion is GRANTED; and

FURTHER ORDERS that Plaintiff's deadline to serve Defendant Turk is extended by 60 days, until March 24, 2014.

SO ORDERED this 29th day of January, 2014.

_____
The Honorable Richard A. Jones
United States District Judge

[Proposed] Order Granting Plaintiff
WMILT's Motion for Extension of
Time to Serve Defendant Turk

Susman Godfrey
1201 Third Ave. Suite 3800
Seattle, WA  98101
Tel. 206-516-3880

US_ACTIVE:\44402446\1\79831.0003