The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WMI LIQUIDATING TRUST, | No. 2:13-cv-1706 RAJ |
| Plaintiff, | **(PROPOSED) ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD** |
| v. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, et al., | |
| Defendant. | |

This matter came before the Court on the *Motion of Bruce J. Borrus and Hilary Bramwell Mohr of RIDDELL WILLIAMS P.S. and Abbe A. Miller and WEIR PARTNERS, LLP for Leave to Withdraw as Attorneys of Record* (the "Motion") in which Bruce J. Borrus, Hilary Bramwell Mohr and RIDDELL WILLIAMS, P.S. and Abbe A. Miller and WEIR PARTNERS, LLP request to withdraw as attorneys of record on behalf of Edward F. Bach.

No opposition has been filed. Accordingly, the Motion is GRANTED and Hilary Bramwell Mohr, Bruce J. Borrus and RIDDELL WILLIAMS P.S. and Abbe A. Miller and WEIR PARTNERS, LLP are hereby allowed to withdraw as attorneys of record,

IT IS FURTHER ORDERED that Defendant Edward F. Bach is allowed to proceed *pro se* in this matter. The court refers defendant Bach to the court's website that provides resources for individuals representing themselves. *See* http://www.wawd.uscourts.gov/pro-se.

---

(PROPOSED) ORDER GRANTING MOTION FOR LEAVE TO
WITHDRAW AS ATTORNEY OF RECORD –
(No. 2:13-cv-1706 RAJ ) - 1
4846-0605-0329.01
65244.00001

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

Dated this 8th day of April, 2014.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

(PROPOSED) ORDER GRANTING MOTION FOR LEAVE TO
WITHDRAW AS ATTORNEY OF RECORD –
(No. 2:13-cv-1706 RAJ ) - 2
4846-0605-0329.01
65244.00001

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600