The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WMI LIQUIDATING TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, et al.,<br><br>    Defendant. | No. 2:13-cv-1706 RAJ<br><br>(PROPOSED) ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD AND SUBSTITUTION OF COUNSEL |

This matter came before the Court on the *Motion of Bruce J. Borrus and Hilary Bramwell Mohr of RIDDELL WILLIAMS P.S., for Leave to Withdraw as Attorneys of Record and Substitution of Counsel* (the "Motion") in which Bruce J. Borrus, Hilary Bramwell Mohr and RIDDELL WILLIAMS, P.S. request to withdraw as attorneys of record and Jeffrey M. Thomas and GORDON TILDEN THOMAS & CORDELL, LLP be allowed to substitute as attorneys of record on behalf of the following defendants:

| | |
|---|---|
| Henry "John" Berens | Michael Zarro |
| Susan Allison | Robert Batt |
| Jeffrey Jones | Michelle McCarthy |
| Randy Melby | Patricia Schulte |
| Scott Shaw | Steven K. Stearns |
| Jeffrey Weinstein | Andrew Tauber |
| Gregory Carlisle | Andrew Eschenbach |
| John M. Browning | |

(PROPOSED) ORDER GRANTING MOTION FOR LEAVE TO
WITHDRAW AS ATTORNEY OF RECORD AND SUBSTITUTION
OF COUNSEL – (No. 2:13-cv-1706 RAJ ) - 1
4832-9631-3369.01
65244.00001

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

1   No opposition has been filed.  Accordingly, the Motion is GRANTED and Hilary
2   Bramwell Mohr, Bruce J. Borrus and RIDDELL WILLIAMS P.S. are hereby allowed to
3   withdraw.
4   IT IS FURTHER ORDERED that Jeffrey M. Thomas and GORDON TILDEN
5   THOMAS & CORDELL, LLP are substituted in as attorneys of record.
6   Dated this 8th day of April, 2014.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

(PROPOSED) ORDER GRANTING MOTION FOR LEAVE TO
WITHDRAW AS ATTORNEY OF RECORD AND SUBSTITUTION
OF COUNSEL – (No. 2:13-cv-1706 RAJ ) - 2
4832-9631-3369.01
65244.00001

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington  98154-1192
206.624.3600